1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  MARIA G. CHAN, State Bar No. 192130
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 323-1940
8   Fax: (916) 324-5205

9  Attorneys for Defendants Alameida, and Tristan
   SF2003200498
10

11              IN THE UNITED STATES DISTRICT COURT
12              FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

15 | THOMAS GAETANO LUPARELLO,         | NO. CIV F 02-5783 AWI SMS P
16 |                        Plaintiff, | **ORDER REGARDING STIPULATION BY THE PARTIES TO EXTEND THE DISPOSITIVE MOTIONS' DEADLINE**
17 | v.                                |
18 | STATE OF CALIFORNIA, ET AL.,      |
19 |                       Defendants. |

20

21    The parties stipulate to extend the dispositive motions' deadline.  Pursuant to this

22 Court's Scheduling Order filed February 8, 2005, the dispositive motions' deadline is September

23 18, 2005.  The parties are presently engaged in settlement negotiations and counsel have

24 personally met and engaged in settlement discussions.  If settlement negotiations are fruitful,

25 concluding the case prior to the filing of dispositive motions will reduce the economic burden on

26 the parties and the Court.

27 ///

28 ///

1   For these reasons, the parties wish to extend the dispositive motions deadline thirty
2   days, to and including, **October 18, 2005.**
3   **IT IS SO STIPULATED.**

5   Dated:   September 14, 2005            /s/ Maria G. Chan
                                           MARIA G. CHAN
6                                          Deputy Attorney General
                                           Attorney for Defendant Thomas

9   Dated:  September 14, 2005             /s/ Mark A. Kleiman
                                           MARK A. KLEIMAN
10                                         Attorney for Plaintiff Luparello

12   In light of the above stipulation, the Court HEREBY ORDERS that the dispositive motion
13   deadline is extended to and including October 18, 2005.

16   IT IS SO ORDERED.
17   **Dated:   September 15, 2005**            **/s/ Sandra M. Snyder**
     icido3                                    UNITED STATES MAGISTRATE JUDGE