BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 324-5205

Attorneys for Defendants Alameida, and Tristan
SF2003200498

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS GAETANO LUPARELLO,**<br><br>                                      Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, ET AL.,**<br><br>                                      Defendants. | NO. CIV F 02-5783 AWI SMS P<br><br>**SECOND STIPULATION BY THE PARTIES TO EXTEND THE DISPOSITIVE MOTIONS' DEADLINE; ORDER** |

On September 14, 2005, the parties entered into a stipulation to extend the dispositive motions' deadline from September 18, 2005 to October 18, 2005.  The parties entered into the stipulation based on the fact that they were engaged in settlement negotiations.  On September 15, 2005, the Court issued an order extending the dispositive motions' deadline to October 18, 2005, in light of the stipulation.

The parties hereby stipulate to extend the dispositive motions' deadline an additional thirty days.  The parties are engaged in settlement negotiations, however, those negotiations have not been concluded.  The parties intend to continue with the settlement negotiations.  If

settlement negotiations are fruitful, concluding the case prior to the filing of dispositive motions will reduce the economic burden on the parties and the Court.

For these reasons, the parties wish to extend the dispositive motions deadline an additional thirty days, to and including, November 17, 2005.

**IT IS SO STIPULATED.**

Dated:    October 14, 2005                 /s/ Maria G. Chan
                                            MARIA G. CHAN
                                            Deputy Attorney General
                                            Attorney for Defendants


Dated:  October 14, 2005                    /s/ Mark A. Kleiman
                                            MARK A. KLEIMAN
                                            Attorney for Plaintiff Luparello


The dispositive motions deadline is extended to November 17, 2005.


IT IS SO ORDERED.

**Dated:   October 17, 2005**                  /s/ Sandra M. Snyder
icido3                                      UNITED STATES MAGISTRATE JUDGE

*Second Stipulation by the Parties to Extend the Dispositive Motions' Deadline; Order*
2