Mark Allen Kleiman, Esq.  SBN 115919
12400 Wilshire Boulevard -- Fourth Floor
Los Angeles, CA 90025
phone  (310) 442-4820
fax      (310) 442-4830
Email: markkleiman@earthlink.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GAETANO LUPARELLO ) | CASE NO. CIV F 02-5783 AWI SMS P |
| ) | |
| Plaintiff , ) | STIPULATED APPLICATION FOR A |
| ) | THIRTY-DAY ENLARGEMENT OF TIME |
| v. ) | IN WHICH TO FILE DISPOSITIVE |
| ) | MOTIONS; ORDER |
| STATE OF CALIFORNIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties jointly apply to the Court for one further extension of time to file dispositive motions while they attempt to finalize settlement discussions.  The parties seek tan extension to and including December 19, 2005.

Since receiving the last extension the parties have exchanged substantive proposals for resolution of this dispute.  Because the plaintiff is incarcerated, getting information to him about possible settlements, and getting information from him that is necessary to these negotiations is difficult and sometimes slows down the process, despite the state's best and good faith efforts to facilitate more rapid communications between the plaintiff and his counsel.

The parties are reasonably confident that a settlement may be achieved in the next several weeks.  The parties would like to avoid the costs and burden of further litigation if possible.  Since a prevailing plaintiff would be entitled to apply for fees pursuant to 42 U.S.C. § 1988,  the

significant costs of finalizing and filing a motion for summary judgement (and possibly having to oppose a similar motion from the State) would increase the cost of litigation.  The parties therefore ask the Court for one further enlargement of time in which to file dispositive motions.

**IT IS SO STIPULATED.**

Dated: November 16, 2005

/s/
MARIA G. CHAN
Deputy Attorney General
Attorney for Defendants

Dated: November 16, 2005

/s/
MARK A. KLEIMAN
Attorney for Plaintiff
Luparello

Accordingly, based on the above, and the signed copies of this stipulation filed by the parties on October 19, 2005, and November 16, 2005 (Docs 87, 88.), the dispositive motion deadline is extended to December 19, 2005.

IT IS SO ORDERED.

**Dated:   December 7, 2005**              /s/ **Sandra M. Snyder**
icido3                                            UNITED STATES MAGISTRATE JUDGE