1  Mark Allen Kleiman, Esq.  (SBN 115919)
   12400 Wilshire Boulevard -- Fourth Floor
2  Los Angeles, CA 90025
   phone  (310) 442-4820
3  fax     (310) 442-4830
   Email: markkleiman@earthlink.net
4

5  Attorney for Plaintiff

6

7

8

9  UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA

11

12  THOMAS GAETANO LUPARELLO           )   CASE NO. CIV F 02-5783 AWI SMS P
                                       )
13              Plaintiff ,            )   PLAINTIFF'S UNOPPOSED APPLICATION
                                       )   FOR A TWO-WEEK EXTENSION OF TIME
14     v.                              )   IN WHICH TO FILE A MOTION FOR
                                       )   SUMMARY JUDGMENT
15  STATE OF CALIFORNIA, et al.,       )
                                       )
16              Defendants.            )
    _____)

17

18

19        This is an unopposed motion for one last, brief extension of time in which to file motions

20  for dispositive pleadings.  The extension is necessary because, despite the best efforts of both

21  counsel, it has just now become clear that a settlement cannot be achieved within the established

22  time limits.  Plaintiff's counsel was only yesterday informed of the State's position in this regard.

23  Since only three working days remain before the motion cut-off, defendant has agreed that it will

24  not oppose this final application for a two-week extension of time.  (Plaintiff has previously

25  refrained from drafting the motion to avoid running up attorney's fees and thus facilitate the

26  settlement process.)

27  //

28  //

1  For the last three months, the parties had been engaged in serious negotiations to see if
2  this case could be resolved without further litigation.  Those negotiations had included a lengthy
3  face-to-face meeting and multiple telephone calls between counsel.  In the course of these
4  negotiations, the parties engaged in some highly specific negotiations about the precise extent of
5  relief sought.  Plaintiff also provided detailed timesheets and supporting legal authority in
6  response to an inquiry about the attorney's fees sought.

7  On December 7, 2005, the Court granted the parties' prior request for an extension of
8  time up to and including December 19, 2005 in which to file dispositive motions.

9  After receiving this order, plaintiff's counsel placed calls to defense counsel on December
10  9, 2005 and again on Monday, December 12, 2005.  Defense counsel returned the calls on
11  December 13, 2005 and explained that she had been absent from work due to a family illness.
12  She explained that it would not be possible to arrange any settlement within the existing time
13  limits.  She further stated that although the defendant understood that the plaintiff had held off on
14  preparing a motion for summary judgment in order to keep his attorney's fees down and facilitate
15  settlement, the plaintiff should now proceed to file whatever motions he felt appropriate.

16  This news, coming on December 13, 2005, leaves precious little time in which to prepare
17  and file a motion for summary judgment.  Plaintiff's counsel, having delayed three months
18  because of the negotiations, needs time to get a supplemental declaration from the plaintiff
19  describing changed conditions which heighten the need for injunctive relief over and above the
20  conditions which existed three months ago when negotiations began.

21  Defense counsel stated that she would not oppose an application for an extension of time.
22  Plaintiff therefore seeks a brief 14 day extension up to and including January 2, 2006.

23  Dated: December 14, 2005            LAW OFFICES OF MARK ALLEN KLEIMAN
24
25                                      By:    /s/    Mark Allen Kleiman
                                           MARK ALLEN KLEIMAN
26                                         CA SBN 115919
                                           Attorney for Plaintiff
27                                         THOMAS GAETANO LUPARELLO
28

1 **ORDER**

3     The dispositive motions deadline is extended to January 2, 2006.

4 IT IS SO ORDERED.

5 **Dated:   December 15, 2005**                   **/s/ Sandra M. Snyder**
  b6edp0                                          UNITED STATES MAGISTRATE JUDGE