UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GAETANO LUPARELLO,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, et. al.,<br><br>        Defendants.<br>_____/ | CV F   02 5783 AWI SMS P<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED FEBRUARY 13, 2006 (Doc. 92.)<br><br>ORDER SETTING DEADLINE FOR STIPULATION AND PROPOSED ORDER FOR DISMISSAL OR STATUS REPORT |

      Thomas Gaetano Luparello ("Plaintiff") is a state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.

      On February 13, 2006, the Court issued an Order to Show Cause why default should not be entered against Defendants. However, it appears that Defendants have submitted an Answer and that Defendants do not intend to file a dispositive motion as the deadline has since expired. Defendants do indicate that a settlement has been reached by the parties, however. Accordingly, the Order to Show Cause will be discharged.

      Rather than set the matter for hearing, the Court will provide Defendants set a deadline in which the parties can file a Stipulation and proposed Order to dismiss the case after all the necessary settlement documents have been received and processed.

Accordingly, the Court HEREBY ORDERS:

1. The Order to Show Cause is VACATED;
2. Defendants SHALL file a Stipulation and Proposed Order of Dismissal within THIRTY (30) DAYS of the date of service of this Order;
3. In lieu of a Stipulation and Proposed Order of Dismissal, Defendants MAY file a STATUS REPORT.  Defendants SHALL file a Status Report EVERY TWENTY (20) days thereafter until the matter is resolved.

IT IS SO ORDERED.

**Dated:   March 3, 2006**             /s/ Sandra M. Snyder
icido3                                                        UNITED STATES MAGISTRATE JUDGE