BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 324-5205

Attorneys for Defendants Alameida and Tristan
SF2003200498

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THOMAS GAETANO LUPARELLO,<br><br>           Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, ET AL.,<br><br>           Defendants. | NO. 1:02-cv-5783 AWI SMS P<br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** |

   The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.   Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared,

1  although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan
2  Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.
3  1986).  Once the stipulation between the parties who have appeared is properly filed or made in
4  open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro.
5  41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.  Because Plaintiff has filed a stipulation for dismissal
6  with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made
7  an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d
8  at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space
9  Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.
10       Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the
11  Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii)
12  Stipulation For Dismissal With Prejudice.

14  IT IS SO ORDERED.
15  **Dated:   March 24, 2006**                              /s/ Anthony W. Ishii
    0m8i78                                                 UNITED STATES DISTRICT JUDGE